

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the interest of J.S., a child.

No. 11-25-00079-CV

\* From the 326th District Court
of Taylor County,
Trial Court No. 11177-CX.

\* November 6, 2025

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below.   Therefore, in accordance with this court's opinion, we affirm the order of the trial court.